CO-386-online
10/03

# United States District Court
# For the District of Columbia

)
)
)
)
)           Civil Action No._____
)
)
)
)
)

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for _____ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of _____ which have

any outstanding securities in the hands of the public:



These representations are made in order that judges of this court may determine the need for recusal.

                              Attorney of Record

                               /s/ Lewis S. Wiener
_____
Signature

_____   _____
BAR IDENTIFICATION NO.                       Print Name

                              _____
                              Address

                              _____
                              City          State         Zip Code

                              _____
                              Phone Number