IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

US VIKING LLC,                          )
                                        )
          Petitioner,                   )
                                        )
     v.                                 )          Misc. No. 07-MC326 (PLF)
                                        )
UNITED STATES OF AMERICA,               )
                                        )
          Respondent.

**<u>ERRATA</u>**

The Petitioner, US Viking LLC, offers the following correction to a typographical error

contained in their Consolidated Petition and Memorandum of Law to Quash Internal Revenue

Service Summons:

**Page 17, 4th paragraph, under "Request for Relief," 2nd line**

The text should read:

"Internal Revenue Service Summons served upon ~~Lee Perryman~~ James R. Williams III, or grant

Petitioner any other …"

A corrected page 17 is attached hereto.


*Of Counsel*                                    Respectfully submitted,


  /s/ Sheldon M. Kay                              /s/ Lewis S. Wiener
Sheldon M. Kay, Esq.                          Lewis S. Wiener, Esq. (Bar No. 414479)
Sutherland Asbill & Brennan LLP               Sutherland Asbill & Brennan LLP
999 Peachtree Street, NE                      1275 Pennsylvania Ave. NW
Atlanta, GA 30309                             Washington, DC 20004
sheldon.kay@sablaw.com                        lewis.wiener@sablaw.com
404.853.8965 telephone                        202.383.0100 telephone
404.853.8806 facsimile                        202.637.3593 facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

US VIKING LLC,                          )
                                        )
            Petitioner,                 )
                                        )
      v.                                )           Misc. No. 07-MC326 (PLF)
                                        )
UNITED STATES OF AMERICA,               )
                                        )
            Respondent.

## CERTIFICATE OF SERVICE

This is to certify that the foregoing ERRATA was served on the following parties by first class mail, postage prepaid:

Alberto R. Gonzales                     Office of Jeffrey A. Taylor, United
Attorney General                        States Attorney for the District of
U.S. Department of Justice              Columbia
950 Pennsylvania Avenue, NW             ATTN:  CIVIL PROCESS CLERK
Washington, DC 20530-0001               Judiciary Center Building
                                        555 Fourth Street, NW
                                        Washington, DC  20530


James R. Williams III                   Derek Turpin (Badge #95-02192)
Vice President and Director             Internal Revenue Service
Associated Press                        9350 Flair Drive
1825 K Street NW, Suite 800             El Monte, CA  91731
Washington, DC  20006


August _____, 2007


       /s/ Lewis S. Wiener
      Lewis S. Wiener

WO 785319.1

Company"). (*See* Summons, Exhibit A, paragraphs 2, 3, 5, 6, 7, 8 and 10). Therefore, US Viking LLC, William Neville and Neville & Company each should have received notice, properly served, of this Summons. In fact, Respondent only served US Viking LLC.

Respondent never sent any notice of the Summons personally to William Neville III or Neville & Company, even though the Summons clearly identified them and requested information relating to them.

Respondent failed to comply with the administrative requirements clearly set forth in 26 U.S.C. § 7609(a) by failing to properly notify all persons identified in the Summons.

## REQUEST FOR RELIEF

WHEREFORE, Petitioner prays that this Court enter judgment in its favor and quash the Internal Revenue Service Summons served upon James R. Williams III, or grant Petitioner any other relief that this Court deems just and proper.

*Of Counsel*                                                  Respectfully submitted,

                                                              ___/s/ Lewis S. Wiener_____

Sheldon M. Kay, Esq.                         Lewis S. Wiener, Esq. (Bar No. 414479)
Sutherland Asbill & Brennan LLP              Sutherland Asbill & Brennan LLP
999 Peachtree Street, NE                     1275 Pennsylvania Ave. NW
Atlanta, GA 30309                            Washington, DC 20004
sheldon.kay@sablaw.com                       lewis.wiener@sablaw.com
404.853.8965 telephone                       202.383.0100 telephone
404.853.8806 facsimile                       202.637.3593 facsimile

                                             *Attorney for US Viking LLC*