IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| US VIKING LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:07-mc-00326 |
| | ) |
| UNITED STATES OF AMERICA | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF ENTRY OF APPEARANCE FOR
## JAN M. GEHT AS COUNSEL FOR THE UNITED STATES

TO THE CLERK OF THE COURT:

PLEASE enter the appearance of Jan M. Geht as counsel for the United States in the above captioned case.

DATE: September 14, 2007.          Respectfully submitted,

                                            /s/ Jan M. Geht
                                          JAN M. GEHT
                                          Trial Attorney, Tax Division
                                          U.S. Department of Justice
                                          P.O. Box 227
                                          Washington, D.C.  20044
                                          Telephone: (202) 307-6449
                                          Fax: (202) 514-6866
                                          E-mail: jan.m.geht@usdoj.gov
                                          *Counsel for the United States*

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

2734768.1

- 2 -

## CERTIFICATE OF SERVICE

      IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE FOR JAN M. GEHT AS COUNSEL FOR THE UNITED STATES was served on September 14, 2007, by ECF and by placing a true and correct copy thereof in the United States mail, postage prepaid, addressed as follows:

SHELDON M. KAY, ESQUIRE
Sutherland Asbill & Brennan LLP
999 Peachtree Street, NE
Atlanta, GA 30309

LEWIS S. WIENER, ESQUIRE
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Ave. NW
Washington, DC 20004

                                                      /s/Jan M. Geht
                                                      JAN M. GEHT