IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

FILED
OCT 1 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| US VIKING LLC ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 1:07-mc-00326 |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Respondent. ) | |

## ORDER

Having considered the United States' motion to dismiss, together with the memorandum of points and authorities in support of the motion, and having further considered that plaintiff does not oppose this motion, the Court concludes that the motion to dismiss ought to be granted. Accordingly, it is this ___ day of _____, 2007, at the District of Columbia,

ORDERED that the United States' motion to dismiss be and is GRANTED;

ORDERED that plaintiff's complaint be and is DISMISSED with prejudice; and it is further

ORDERED that the Clerk shall distribute conformed copies of this order to the representatives of the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

1

COPIES TO:

JAN M. GEHT
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC 20044

SHELDON M. KAY, ESQUIRE
Sutherland Asbill & Brennan LLP
999 Peachtree Street, NE
Atlanta, GA 30309

LEWIS S. WIENER, ESQUIRE
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Ave. NW
Washington, DC 20004